1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAY L. SELLERS,                           No.  2:20-cv-875-TLN-EFB PS

12              Plaintiff,

13        v.                                    ORDER

14   CITY OF DAVIS POLICE
     DEPARTMENT, ESPRESSO ROMA
15   INC., PINE TREE GARDENS, US
     ATTORNEY FOR EASTERN
16   CALIFORNIA,

17              Defendants.

18

19        Plaintiff Jay Sellers, proceeding pro se, commenced this action in the United States

20   District Court for the Central District of California.  The case was subsequently transferred to this

21   district pursuant to 28 U.S.C. § 1406(a).  To proceed with a civil action a plaintiff must pay the

22   $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and

23   submit the affidavit required by 28 U.S.C. § 1915(a).  Plaintiff has neither paid the fee nor

24   submitted a proper application for leave to proceed in forma pauperis.

25        Accordingly, plaintiff has 30 days from the date of service of this order to submit either

26   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

27   /////

28   /////

1

to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this order may result in the dismissal of this action.

So Ordered.

DATED:  May 1, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2