UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L. SELLERS,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF DAVIS POLICE DEPARTMENT, ESPRESSO ROMA INC., PINE TREE GARDENS, US ATTORNEY FOR EASTERN CALIFORNIA,<br><br>        Defendants. | No. 2:20-cv-875-TLN-EFB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff Jay Sellers, proceeding pro se, commenced this action in United States District Court for the Central District of California. The case was subsequently transferred to this district pursuant to 28 U.S.C. § 1406(a). Plaintiff, however, failed to pay the $400 filing fee required by 28 U.S.C. § 1914(a) or a request for leave to proceed *in forma pauperis*. Accordingly, plaintiff was ordered to submit either the filing fee or the application required by § 1915(a) within thirty days. ECF No. 7. Plaintiff was warned that failure to do so may result in this action being dismissed.

The time for acting has passed and plaintiff has not paid the filing fee, submitted an application for leave to proceed in forma pauperis, or otherwise responded to the court's order.

/////

1

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order.  *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

DATED:  June 11, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE