UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAY L. SELLERS,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF DAVIS POLICE DEPARTMENT, ESPRESSO ROMA INC., PINE TREE GARDENS, US ATTORNEY FOR EASTERN CALIFORNIA,<br><br>    Defendants. | No. 2:20-cv-00875-TLN-EFB<br><br>**ORDER** |

Plaintiff Jay L. Sellers ("Plaintiff"), an individual proceeding *pro se*, filed the instant action on April 28, 2020. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 12, 2020, the magistrate judge filed findings and recommendations which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. (ECF No. 8.) Neither party has filed objections to the Findings and Recommendations.[1]

---

[1] Plaintiff, however, did file a document styled as a "Motion to Dismiss Action Without Prejudice." ECF No. 9. Plaintiff's filing is not responsive to the pending findings and recommendations.

Accordingly, the Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983); *see also* 28 U.S.C. § 636(b)(1).

Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS ORDERED that:

1. The Findings and Recommendations filed June 12, 2020, are adopted in full;
2. This action is DISMISSED without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

DATED:  July 6, 2020

Troy L. Nunley
United States District Judge